THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW C. SHERRARD, III,  :
:
    Plaintiff,  :
v.  : 3:18-CV-1590
: (JUDGE MARIANI)
ANDREW SAUL,  :
COMMISSIONER OF SOCIAL SECURITY, :
:
    Defendant.  :

ORDER

**AND NOW, THIS 6th DAY OF SEPTEMBER, 2019**, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 16) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 16) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) to conduct a new administrative hearing.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge